```
             UNITED STATES DISTRICT COURT
             EASTERN DISTRICT OF VIRGINIA
                  ALEXANDRIA DIVISION
```

| | |
|---|---|
| VICTOR DE LA TORRE, | ) |
| | ) |
|     Plaintiff | ) |
| | ) CA No: 1:17cv1220 |
| vs. | ) TSE/MSN |
| | ) |
| DIONYSOS IMPORTS, INC., et. al, | ) |
| | ) |
|     Defendants. | ) |

<u>PLAINTIFF'S MOTION TO DISMISS DEFENDANTS' COUNTERCLAIM</u>

    Plaintiff Victor De La Torre, by counsel, hereby moves to dismiss Defendants' Counterclaim under Fed. R. Civ. P. 12(b)(1) for lack of federal jurisdiction.  In support of this Motion, Plaintiff refers the Court to the Memorandum of Points and Authorities filed in support of this Motion.

    Respectfully submitted,


      /s/
    ———————————————————————

John J. Rigby, #20116
McInroy & Rigby, L.L.P.
2200 Clarendon Blvd., Suite 1201
Arlington, Virginia 22201
(703) 841-1100
(703) 841-1161 (fax)
jrigby@mcinroyrigby.com
Counsel for Plaintiff
 Victor De La Torre

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 7, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

T. Wayne Biggs, Esq.
Dycio & Biggs
10533 Main Street
Fairfax, Virginia 22030
twbiggs@dyciolaw.com

<u>/s/                          </u>
John J. Rigby, #20116
McInroy & Rigby, L.L.P.
2200 Clarendon Blvd., Suite 1201
Arlington, Virginia 22201
(703) 841-1100
(703) 841-1161 (fax)
jrigby@mcinroyrigby.com
Counsel for Plaintiffs