IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| VICTOR DE LA TORRE, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil No. 1:17-cv-1220-MSN |
| ) | |
| DIONYSOS IMPORTS, INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

On June 22, 2018, the Parties filed a Joint Motion to Approve Confidential Settlement Agreement representing that this matter has been settled and should be dismissed (Dkt. No. 20). Having conducted the settlement conference and having been involved in the settlement discussions in this matter, the undersigned finds that the Parties' settlement is reasonable under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201, *et seq.*, and that the rights of all Parties have been protected adequately in the course of these proceedings. Accordingly, it is hereby

ORDERED that the Motion is GRANTED. It is further

ORDERED that the above-captioned case is dismissed with prejudice.

/s/
Michael S. Nachmanoff
United States Magistrate Judge

June 26, 2018
Alexandria, Virginia